**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus Israel MARTINEZ, Defendant–Appellant.**

No. 12–50094.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 7, 2013.

Filed April 8, 2013.

Curtis A. Kin, Esquire, Assistant U.S., Ariel Neuman, Assistant U.S., Jean-Claude Andre, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Carlton Gunn, Esquire, Kaye McLane Bednarski & Litt, LLP, Pasadena, CA, for Defendant–Appellant.

Before: CALLAHAN, IKUTA, and HURWITZ, Circuit Judges.

MEMORANDUM *

Jesus Martinez appeals a district court order denying his motion pursuant to 18 U.S.C. § 3582(c)(2) for reduction of sentence based on the Fair Sentencing Act of 2010 ("FSA") and subsequent amendments to the Sentencing Guidelines. Martinez's 60 month sentence was the statutory mandatory minimum at the time of his sentencing. *See* 21 U.S.C. § 841(b)(1)(B) (2006). Because the FSA does not apply to defendants sentenced before its effective date, *United States v. Augustine,* 712 F.3d 1290, 2013 WL 1317037 (9th Cir. Apr. 3, 2013), we affirm the district court's order.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.